# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-0195
_____

ZALE CORPORATION and
GALLAGHER BASSETT SERVICES,
INC.,

   Appellants,

   v.

LIDIA PINEDA,

   Appellee.

_____

On appeal from an order of the Judge of Compensation Claims.
Keef F. Owens, Judge.

Date of Accident: August 30, 2012.

February 27, 2019

PER CURIAM.

   AFFIRMED.

BILBREY, WINOKUR, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jane E. McGill of Pallo, Marks, Hernandez, Gechijian & DeMay, P.A., Palm Beach Gardens, for Appellants.

Mark L. Zientz of Law Offices of Mark L. Zientz, P.A., Miami, for Appellee.